IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OBD SENSOR SOLUTIONS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00124-JRG |
| | § | |
| TRACK WHAT MATTERS, L.L.C., D/B/A RHINO FLEET TRACKING; | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

Before the Court are the Motion to Dismiss Under Rule 12(b)(6) (the "Motion to Dismiss") (Dkt. No. 18) and the Motion for Rule 11 Sanctions (the "Motion for Sanctions") (Dkt. No. 13) filed by Defendant Track What Matters, LLC d/b/a Rhino Fleet Tracking ("Rhino"). On January 20, 2023, Magistrate Judge Payne entered a Report and Recommendation recommending denial of Rhino's Motion to Dismiss and denying Rhino's Motion for Sanctions. (Dkt. No. 32.) No objections have been filed. Having conducted a *de novo* review, the Court finds no error in the Magistrate Judges Report and Recommendation and in persuaded it should be adopted.

Accordingly, the Court hereby **ADOPTS** the Report and Recommendation. (Dkt. No. 32.) It is therefore **ORDERED** that Rhino's Motion to Dismiss (Dkt. No. 18) and Rhino's Motion for Sanctions (Dkt. No. 13) are **DENIED**.

**So ORDERED and SIGNED this 8th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE